■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DION MOORE, Appellant. [872 NYS2d 351]—Appeal from a

judgment of the Erie County Court (Michael L. D'Amico, J.), rendered November 28, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.